UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1275

---

In Regard to the Matter of:

Bayside State Prison

Litigation

BERNARD SHORT,

       -vs-

WILLIAM H. FAUVER, et al,

    Defendants.

---

\*   \*   \*   \*

MONDAY JUNE 16, 2008

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

```
 1
 2
 3
 4
 5
 6              Transcript of proceedings in the above
 7   matter taken by Theresa O. Mastroianni, Certified
 8   Court Reporter, license number 30X100085700, and
 9   Notary Public of the State of New Jersey at the
10   United States District Court House, One Gerry Plaza,
11   Camden, New Jersey, 08102, commencing at 1:33 PM.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3   A P P E A R A N C E S:
 4
 5        LOUGHRY & LINDSAY, ESQUIRES
          BY:  LAWRENCE W. LINDSAY, ESQUIRE
 6        330 MARKET STREET
          CAMDEN, NEW JERSEY 08102
 7        856-968-9201
          ATTORNEYS FOR THE PLAINTIFFS
 8
 9
          ROSELLI & GRIEGEL, PC
10        BY:  JAMES LAZZARO, ESQUIRE
               - and -
11        BY:  KENNETH W. LOZIER, ESQUIRE
          1337 STATE HIGHWAY 33
12        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
13        ATTORNEYS FOR THE DEFENDANTS
14
15
16
17
18
19
20
21
22
23
24
25
```

1          JUDGE BISSELL:  The first decision I'm

2  going to render this afternoon involves Bernard Short

3  whose case was tried this morning.  The following

4  constitutes the Special Master's determination

5  regarding the complaint of Bernard Short, docket

6  number 08-1275.

7          This opinion/report is being issued

8  pursuant to the directives of the Order of Reference

9  to a Special Master and the Special Master's

10  Agreement and the guiding principles of law which

11  underlie this decision to be applied to the facts

12  upon which it is based as set forth in the jury

13  instructions in the Walker and Mejias jury charges to

14  the extent applicable to the allegations in Mr.

15  Short's case.

16          As finalized after review under Local

17  Civil Rule 52.1, the transcript of this oral opinion

18  will constitute the written report required by

19  paragraph seven of the Order of Reference to a

20  Special Master.

21          I'm basically prepared to accept the

22  testimony as presented by Mr. Short.  There was

23  little to impeach it or contradict it.  Mr. Short was

24  in Cottage 13 when the incident in question which he

25  described here, occurred, and I incorporate his

Page 5

1  testimony by reference.  Excessive force was indeed
2  applied to him under the circumstances.
3           He was sitting quietly and peacefully
4  in his chair reading a book with his head phones on
5  pursuant to permission from the housing officer.  He
6  was told to assume the position when the SOGs arrived
7  which he did promptly.  And nevertheless, despite
8  having done so and with no need for any sort of
9  either encouragement or reinforcement, the SOG
10 officer jumped on his back, rested his weight on his
11 knees at the base of Mr. Short's back and pressed
12 ahead with his arms on the night stick on the back of
13 his neck.
14           As I said, this certainly constitutes
15 excessive force under the circumstances and once
16 again incorporating by reference its definition in
17 the applicable jury instructions.  Inexcusable,
18 unnecessary and completely unprovoked under the
19 circumstances.  Accordingly, I find that Mr. Short
20 has, indeed, established the employment of excessive
21 force by the SOG officer upon him on the occasion in
22 question.
23           The next thing I address is the
24 question of the nature and award of any damages.  And
25 I consulted with the jury instructions as amplified

Page 6

1  in memoranda which are also available to me,

2  considering the question of deminimis injury and/or

3  nominal damages.

4           Dispite possibly the temptation of

5  determining that this was a deminimis injury here, I

6  note from both the PLRA itself and otherwise that

7  that's a concept that's employed in connection with

8  whether or not mental or emotional suffering is to be

9  recovered.  It's not essentially a concept that is

10 directed toward damages from physical injury.

11          For instance, the PLRA itself states at

12 42 USC section 1997e(e), and I quote, "no federal

13 civil action may be brought by a prisoner confined in

14 a jail, prison or other correctional facility for

15 mental or emotional injuries suffered while in

16 custody without a prior showing of physical injury."

17          And the third circuit and other courts

18 have addressed that question and have determined --

19 the third circuit's key opinion on this is Mitchell

20 versus Horn at 318F3rd-523, third circuit 2003-that a

21 reading of that statute requires less than

22 significant but more than deminimis physical injury

23 as a predicate to alleged emotional injury.

24          And once again, I believe in the Mejias

25 jury instruction, that principle is reiterated.

1                Accordingly, I have found that there

2    really is no grounds for assessing emotional damages

3    on behalf of Mr. Short at all.  His testimony here

4    today was frank and candid.  He certainly didn't gild

5    the lily.  But basically in terms of either permanent

6    or temporary emotional or psychological injury, there

7    just isn't any established by the proofs.

8                So I then turned to the question of

9    nominal damages.  I do not find that the injuries

10   which he sustained here, which were extremely

11   temporary and hardly debilitating even in a very

12   short run, have sustained any sort of a verdict for

13   significant compensatory damages.  However, (and

14   although he really didn't sustain damages that are

15   measurable) he was the subject of this assault which

16   is, indeed, actionable.

17               Accordingly, I am making use of the

18   nominal damages instruction that appears in the

19   Walker instructions as follows, and I quote:  "If you

20   find that the plaintiff has not sustained actual

21   damages, but you still concluded that his legal

22   rights were violated, then you may return a verdict

23   for the plaintiff in a nominal sum.  Nominal damages

24   are awarded if you conclude that the plaintiff

25   suffered a deprivation of his rights, but did not

1   suffer any actual damages.  Nominal damages may be

2   awarded only for a token sum of one dollar."

3              I find that Mr. Short has proven his

4   case on liability; however, he has failed to prove

5   any damages other than nominal damages and

6   accordingly recommend an award of nominal damages of

7   one dollar.

8              I note also, however, that the conduct

9   of the SOG officer in this case, although actionable

10  and one which supports this award of nominal damages,

11  was not so egregious as to support an award of

12  punitive damages under applicable legal standards.

13             And finally, although not every item of

14  evidence has been discussed in this opinion/report,

15  all of the evidence presented to the Special Master

16  was reviewed and considered.

17             To reiterate, I find that the injury

18  here is actionable, but that damages were unproven.

19  And accordingly, I recommend in this report that the

20  district court enter an award of nominal damages in

21  the amount of one dollar in Mr. Short's favor.

22

23

24

25

1          C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4  Certified Shorthand Reporter of the State of New

5  Jersey, do hereby certify that the foregoing is a

6  true and accurate transcript of the testimony as

7  taken stenographically by and before me at the time,

8  place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10 relative nor employee nor attorney nor counsel of any

11 of the parties to this action, and that I am neither

12 a relative nor employee of such attorney or counsel,

13 and that I am not financially interested in the

14 action.

15

16

17

18

19       *Theresa O. Mastroianni*

         Theresa O. Mastroianni, C.S.R.

20       Notary Public, State of New Jersey

         My Commission Expires May 5, 2010

21       Certificate No. XI0857

         Date:  June 17, 2008

22

23

24

25

| A | | | | |
|---|---|---|---|---|
| accept 4:21 | BISSELL 1:20 4:1 | counsel 9:10,12 | enter 8:20 | HAMILTON 3:12 |
| accurate 9:6 | book 5:4 | court 1:1,23 2:8 2:10 8:20 | ESQUIRE 3:5 3:10,11 | head 5:4 |
| action 1:2 6:13 9:11,14 | brought 6:13 | courts 6:17 | ESQUIRES 3:5 | hereinbefore 9:8 |
| actionable 7:16 8:9,18 | C | custody 6:16 | essentially 6:9 | HIGHWAY 3:11 |
| actual 7:20 8:1 | C 3:3 9:1,1 | C.S.R 9:19 | established 5:20 7:7 | HONORABLE 1:20 |
| address 5:23 | Camden 2:11 3:6 | D | et 1:9 | Horn 6:20 |
| addressed 6:18 | candid 7:4 | damages 5:24 6:3,10 7:2,9,13 7:14,18,21,23 8:1,1,5,5,6,10 8:12,18,20 | evidence 8:14,15 | Horse 1:24 |
| afternoon 4:2 | case 4:3,15 8:4,9 | | excessive 5:1,15 5:20 | House 2:10 |
| Agreement 4:10 | certainly 5:14 7:4 | | Expires 9:20 | housing 5:5 |
| ahead 5:12 | Certificate 9:21 | date 9:8,21 | extent 4:14 | I |
| al 1:9 | Certified 1:23 2:7 9:4 | debilitating 7:11 | extremely 7:10 | impeach 4:23 |
| allegations 4:14 | certify 9:5,9 | decision 4:1,11 | F | incident 4:24 |
| alleged 6:23 | chair 5:4 | Defendants 1:10 3:13 | F 9:1 | incorporate 4:25 |
| amount 8:21 | charges 4:13 | definition 5:16 | facility 6:14 | incorporating 5:16 |
| amplified 5:25 | circuit 6:17,20 | deminimis 6:2,5 6:22 | facts 4:11 | Inexcusable 5:17 |
| and/or 6:2 | circuit's 6:19 | deprivation 7:25 | failed 8:4 | injuries 6:15 7:9 |
| appears 7:18 | circumstances 5:2,15,19 | described 4:25 | FAUVER 1:9 | injury 6:2,5,10 6:16,22,23 7:6 8:17 |
| applicable 4:14 5:17 8:12 | | despite 5:7 | favor 8:21 | |
| applied 4:11 5:2 | civil 1:2 4:17 6:13 | determination 4:4 | federal 6:12 | instance 6:11 |
| arms 5:12 | commencing 2:11 | determined 6:18 | finalized 4:16 | instruction 6:25 7:18 |
| arrived 5:6 | | determining 6:5 | finally 8:13 | |
| assault 7:15 | Commission 9:20 | directed 6:10 | financially 9:13 | instructions 4:13 5:17,25 7:19 |
| assessing 7:2 | compensatory 7:13 | directives 4:8 | find 5:19 7:9,20 8:3,17 | |
| assume 5:6 | | discussed 8:14 | first 4:1 | interested 9:13 |
| attorney 9:10,12 | complaint 4:5 | Dispite 6:4 | following 4:3 | involves 4:2 |
| ATTORNEYS 3:7,13 | completely 5:18 | district 1:1,2 2:10 8:20 | follows 7:19 | issued 4:7 |
| Audubon 1:24 | concept 6:7,9 | docket 4:5 | force 5:1,15,21 | item 8:13 |
| available 6:1 | conclude 7:24 | dollar 8:2,7,21 | foregoing 9:5 | J |
| award 5:24 8:6 8:10,11,20 | concluded 7:21 | E | FORMAROLI 1:23 | jail 6:14 |
| awarded 7:24 8:2 | conduct 8:8 | E 3:3,3 9:1,1 | forth 4:12 9:8 | JAMES 3:10 |
| | confined 6:13 | egregious 8:11 | found 7:1 | Jersey 1:2,24 2:9 2:11 3:6,12 9:5 9:20 |
| B | connection 6:7 | either 5:9 7:5 | frank 7:4 | |
| back 5:10,11,12 | considered 8:16 | emotional 6:8,15 6:23 7:2,6 | FURTHER 9:9 | JOHN 1:20 |
| base 5:11 | considering 6:2 | | G | JUDGE 4:1 |
| based 4:12 | constitute 4:18 | employed 6:7 | Gerry 2:10 | jumped 5:10 |
| basically 4:21 7:5 | constitutes 4:4 5:14 | employee 9:10 9:12 | gild 7:4 | June 1:15 9:21 |
| Bayside 1:6 | consulted 5:25 | | going 4:2 | jury 4:12,13 5:17,25 6:25 |
| behalf 7:3 | contradict 4:23 | employment 5:20 | GRIEGEL 3:9 | |
| believe 6:24 | correctional 6:14 | encouragement 5:9 | grounds 7:2 | |
| Bernard 1:7 4:2 4:5 | Cottage 4:24 | | guiding 4:10 | |
| | | | H | |
| | | | H 1:9 | K |

**KENNETH** 3:11
**key** 6:19
**knees** 5:11

**L**

**law** 4:10
**LAWRENCE** 3:5
**LAZZARO** 3:10
**legal** 7:21 8:12
**liability** 8:4
**license** 2:8
**lily** 7:5
**LINDSAY** 3:5,5
**Litigation** 1:6
**little** 4:23
**Local** 4:16
**LOUGHRY** 3:5
**LOZIER** 3:11

**M**

**making** 7:17
**MARKET** 3:6
**Master** 1:20 4:9 4:20 8:15
**Master's** 4:4,9
**Mastroianni** 1:23 2:7 9:3,19
**matter** 1:5 2:7
**measurable** 7:15
**Mejias** 4:13 6:24
**memoranda** 6:1
**mental** 6:8,15
**Mitchell** 6:19
**MONDAY** 1:15
**morning** 4:3

**N**

**N** 3:3
**nature** 5:24
**neck** 5:13
**need** 5:8
**neither** 9:9,11
**nevertheless** 5:7
**New** 1:2,24 2:9 2:11 3:6,12 9:4 9:20
**night** 5:12
**nominal** 6:3 7:9 7:18,23,23 8:1

8:5,6,10,20
**Notary** 2:9 9:3 9:20
**note** 6:6 8:8
**number** 2:8 4:6

**O**

**O** 2:7 9:3,19
**occasion** 5:21
**occurred** 4:25
**officer** 5:5,10,21 8:9
**once** 5:15 6:24
**opinion** 4:17 6:19
**opinion/report** 4:7 8:14
**oral** 4:17
**Order** 4:8,19

**P**

**P** 3:3,3
**paragraph** 4:19
**parties** 9:11
**PC** 3:9
**peacefully** 5:3
**permanent** 7:5
**permission** 5:5
**phones** 5:4
**physical** 6:10,16 6:22
**Pike** 1:24
**place** 9:8
**plaintiff** 7:20,23 7:24
**PLAINTIFFS** 3:7
**Plaza** 2:10
**PLRA** 6:6,11
**PM** 2:11
**position** 5:6
**possibly** 6:4
**predicate** 6:23
**prepared** 4:21
**presented** 4:22 8:15
**pressed** 5:11
**principle** 6:25
**principles** 4:10
**prior** 6:16

**prison** 1:6 6:14
**prisoner** 6:13
**proceedings** 2:6
**promptly** 5:7
**proofs** 7:7
**prove** 8:4
**proven** 8:3
**psychological** 7:6
**Public** 2:9 9:3,20
**punitive** 8:12
**pursuant** 4:8 5:5

**Q**

**question** 4:24 5:22,24 6:2,18 7:8
**quietly** 5:3
**quote** 6:12 7:19

**R**

**R** 3:3 9:1
**reading** 5:4 6:21
**really** 7:2,14
**recommend** 8:6 8:19
**recovered** 6:9
**reference** 4:8,19 5:1,16
**Regard** 1:5
**regarding** 4:5
**reinforcement** 5:9
**reiterate** 8:17
**reiterated** 6:25
**relative** 9:10,12
**render** 4:2
**report** 4:18 8:19
**Reporter** 2:8 9:4
**Reporting** 1:23
**required** 4:18
**requires** 6:21
**rested** 5:10
**return** 7:22
**review** 4:16
**reviewed** 8:16
**rights** 7:22,25
**ROSELLI** 3:9
**Rule** 4:17
**run** 7:12

**S**

**S** 3:3
**section** 6:12
**set** 4:12 9:8
**seven** 4:19
**short** 1:7 4:2,5 4:22,23 5:19 7:3,12 8:3
**Shorthand** 9:4
**Short's** 4:15 5:11 8:21
**showing** 6:16
**significant** 6:22 7:13
**sitting** 5:3
**SOG** 5:9,21 8:9
**SOGs** 5:6
**sort** 5:8 7:12
**South** 1:24
**Special** 1:20 4:4 4:9,9,20 8:15
**SQUARE** 3:12
**standards** 8:12
**State** 1:6 2:9 3:11 9:4,20
**states** 1:1 2:10 6:11
**statute** 6:21
**stenographica...** 9:7
**stick** 5:12
**STREET** 3:6
**subject** 7:15
**suffer** 8:1
**suffered** 6:15 7:25
**suffering** 6:8
**sum** 7:23 8:2
**support** 8:11
**supports** 8:10
**sustain** 7:14
**sustained** 7:10 7:12,20

**T**

**T** 9:1,1
**taken** 2:7 9:7
**temporary** 7:6 7:11

**temptation** 6:4
**terms** 7:5
**testimony** 4:22 5:1 7:3 9:6
**Theresa** 2:7 9:3 9:19
**thing** 5:23
**third** 6:17,19,20
**time** 9:7
**today** 7:4
**token** 8:2
**told** 5:6
**transcript** 2:6 4:17 9:6
**tried** 4:3
**true** 9:6
**turned** 7:8

**U**

**underlie** 4:11
**United** 1:1 2:10
**unnecessary** 5:18
**unproven** 8:18
**unprovoked** 5:18
**USC** 6:12
**use** 7:17

**V**

**verdict** 7:12,22
**versus** 6:20
**Videoconfere...** 1:23
**violated** 7:22
**vs** 1:8

**W**

**W** 1:20 3:5,11
**Walker** 4:13 7:19
**weight** 5:10
**White** 1:24
**WILLIAM** 1:9
**written** 4:18

**X**

**XIO857** 9:21

0

**08-1275** 1:2 4:6
**08102** 2:11 3:6
**08106** 1:24
**08690** 3:12

### 1

**1:33** 2:11
**13** 4:24
**1337** 3:11
**16** 1:15
**17** 9:21
**1997e(e)** 6:12

### 2

**2003-that** 6:20
**2008** 1:15 9:21
**2010** 9:20
**251** 1:24

### 3

**30X100085700** 2:8
**318F3rd-523** 6:20
**33** 3:11
**330** 3:6

### 4

**42** 6:12

### 5

**5** 9:20
**52.1** 4:17

### 6

**609-586-2257** 3:12

### 8

**856-546-1100** 1:25
**856-968-9201** 3:7